IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

HISCOX DEDICATED CORPORATE
MEMBER LIMITED,

          Plaintiff,

vs.                                                       No. CIV 09-24 JH/LFG

OLLA GRANDE, INC., et. al.,

          Defendants

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER came before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan filed July 28 2009 [Doc. 70] the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the dates designated in the Court's Scheduling Order filed July 30, 2009 [Doc. 74], except that the Court authorizes 10 depositions per party; and 25 interrogatories, 25 requests for production, and 25 requests for admissions per party.

*Lorenzo F. Garcia*
Lorenzo F. Garcia
Chief United States Magistrate Judge